THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Dan Williams, II, Appellant.
 
 
 

Appeal From Lexington County
R. Knox McMahon, Circuit Court Judge
Unpublished Opinion No. 2009-UP-486
Submitted October 1, 2009  Filed October
 15, 2009    
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Dan Williams, II, appeals his conviction
 for distribution of crack cocaine.  He argues the trial court erred in allowing
 testimony about his past drug use because the evidence was not relevant to
 proving he sold crack cocaine.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
HEARN, C.J., KONDUROS and LOCKEMY, JJ, concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.